UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>RODNEY GLEN THOMAS,<br><br>           Defendant. | No. CR-07-049-JLQ<br><br>ORDER GRANTING MOTION TO SHORTEN TIME AND MOTION TO MODIFY |

BEFORE THE COURT is Defendant's Motion to Shorten Time (Ct. Rec. 34) and Motion to Modify Court's Order of Release (Ct. Rec. 33).

**IT IS ORDERED:**

1. The Motions **(Ct. Recs. 33, 34)** are **GRANTED.**

2. Defendant shall be released on Wednesday, **April 18, 2007,** no later than 10:00 a.m., to travel to Ohio by air.

3. **Within ten (10) days of the date of this Order,** Defendant shall post the property bond referenced in Judge Quackenbush's Order filed April 12, 2007.

4. All other conditions in Senior Judge Quackenbush's Order of release (Ct. Rec. 32) shall remain.

DATED April 16, 2007.

                            S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO SHORTEN TIME AND MOTION TO MODIFY – 1