UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0049-JLQ |
| Plaintiff, | ORDER GRANTING EXPEDITED MOTION TO MODIFY RELEASE CONDITIONS |
| vs. | |
| RODNEY G. THOMAS, | |
| Defendant. | |

**IT IS HEREBY ORDERED:**

The Defendant's Motion to Expedite (Ct. Rec. 77) is **GRANTED.** Defendant's Motion to Modify Conditions Of Pretrial Release (Ct. Rec. 75) is **GRANTED** for the period of October 6-7, 2007, without electronic monitoring.

The Clerk of this court shall enter this Order and forward copies to counsel and to U.S.P. O. Kennicutt..

**DATED** this 1st day of October 2007.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1